UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

1) PRESTON KNOTT, an individual,

     Plaintiff,

vs.

1) CYCLONE DRILLING INC., a foreign
Corporation; and 2) JOHN DOE, an individual,

     Defendants.

Case No. 4:22-cv-00081-CVE-SH

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW Cyclone Drilling Inc., Petitioner herein, and removes this case from the District Court of Tulsa County, State of Oklahoma to the United States District Court for the Northern District of Oklahoma on the following grounds:

1.     Petitioner, Cyclone Drilling Inc., is the Defendant in a civil action commenced on January 21, 2022, in the District Court of Tulsa County, being Case No. CJ-2022-209, entitled *Preston Knott, an individual vs. Cyclone Drilling Inc, a foreign corporation; and John Doe, an individual.*

2.     This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and which the Defendant, Cyclone Drilling Inc., is entitled to remove to this Court, pursuant to 28 U.S.C. §1441, *et seq.*, in that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs as Plaintiff specifically states in his Petition, and the action is between citizens of different states, as at the time of the commencement of this action and at all times subsequent thereto.

3.     Plaintiff, Preston Knott, has been and still is a citizen of the State of Oklahoma.

4.     The Defendant, Cyclone Drilling Inc., is a corporation organized under the laws of the State of Wyoming and has its principal place of business in Wyoming.

5.     Defendant John Doe is a fictitious name. Pursuant to 28 U.S.C. § 1441(b)(1), the citizenship of defendants sued under fictitious names shall be disregarded when determining whether a civil action is removable on the basis of diversity jurisdiction under 28 U.S.C. § 1332. Therefore, complete diversity of citizenship exists as between Plaintiff and Defendant.

6.     This Notice is timely filed with this Court within thirty (30) days after service upon the Petitioner of Summons by which this case became removable.

7.     A copy of the state court docket sheet is attached hereto as Exhibit 1.

8.     A file-stamped copy of the Petition is attached hereto as Exhibit 2 and is incorporated herein by reference.

WHEREFORE, Petitioner, Cyclone Drilling Inc., prays that the above action now pending in the District Court of Tulsa County, State of Oklahoma, being Case No. CJ-2022-209, be removed from that Court to this Court.

s/E. Edd Pritchett, Jr.
E. Edd Pritchett, Jr., OBA #16118
Joshua L. Young, OBA #31279
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
epritchett@dlb.net; jyoung@dlb.net
Attorneys for Defendant, Cyclone Drilling Inc.

2

## CERTIFICATE OF SERVICE

☒ I hereby certify that on February 22, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      Larry M. Spears, OBA #8485
      Larry M. Spears, Attorney, PLLC
      501 NW 13th Street
      Oklahoma City, OK 73103
      Telephone: (405) 235-5605
      Facsimile: (405) 235-4110
      larryspears@lspears.com
      Attorney for Plaintiff

                                          *s/E. Edd Pritchett, Jr.*
                                          E. Edd Pritchett, Jr.

2972.0277\18266520_1

3